Patric A. Lester (SBN 220092)
pl@lesterlaw.com
5694 Mission Center Road, #385
San Diego, CA 92108
Phone (619) 665-3888
Fax (314) 241-5777

Scott M. Grace (SBN 236621)
sgrace@lawlh.com
Luftman, Heck & Associates, LLP
1958 Sunset Cliffs Blvd.
San Diego, CA  92107
Phone: (619) 346-4612
Fax:  (619) 923-3661

Attorneys for Plaintiff Steve Cortner

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE C. CORTNER, | Case No. 12-cv-01732-H-WVG |
| Plaintiff, | **NOTICE OF DISMISSAL OF ALL PARTIES WITH PREJUDICE** |
| vs. | |
| ACB RECOVERY, | |
| Defendant. | |

DISMISSAL

COMES NOW the Plaintiff and dismisses her Complaint with prejudice pursuant to Fed. Rule Civ. Proc. Rule 41(a) (ii) at Plainitff's cost..

Dated September 26, 2012

*s/ Patric A. Lester*
Patric A. Lester
Attorney for Plaintiff,
Steve Cortner

1
NOTICE OF DISMISSAL OF ALL PARTIES WITH PREJUDICE  12-cv-01732-H-WVG

Re: *Cortner v. ACB Recovery*,
Case No.12-cv-01732-H-WVG
United States District Court, Southern District of California

**CERTIFICATE OF SERVICE**

I, the undersigned, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 5694 Mission Center Road, #385, San Diego, CA 92108. I am readily familiar with our business' practice of collecting, processing and mailing of correspondence and pleadings for mail with the United Postal Service.

On the date below I electronically filed with the Court through its CM/ECF program and served through the same program the NOTICE OF DISMISSAL OF ALL PARTIES WITH PREJUDICE on the interested parties in said case addressed as follows:

ACB Recovery
Paul James
PO Box 177
Cincinnati, OH  45201
paul.james@acb-recovery.com
Representing ACB Recovery

☒ BY MAIL, by placing a copy thereof in a separate envelope for each addressee named above, that is not registered as a CM/ECF user, addressed to each addressee respectively, and then sealed each envelope and, with the postage thereon fully prepaid, deposited each in the United States mail at San Diego, California in accordance with our business' practice.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 26, 2012, at San Diego, California.

*s/ Patric A. Lester*
Patric A. Lester
Attorney for Plaintiff,
Steve Cortner